LOPEZ, E.

v.

WCAB (MARTINEZ, M.), et al.

1337 CD 2016

Commonwealth Court of Pennsylvania.

07/12/2017

Workers' Compensation Appeal Board, A15–0508

Affirmed

RICE, C.

v.

DOWNS, S., et al.

1676 CD 2016

Commonwealth Court of Pennsylvania.

07/12/2017

Schuylkill County Civil Division, No. S–807–2016

Affirmed

BERGDOLL, J.

v.

CORTES, P., et al.

6 MD 2017

Commonwealth Court of Pennsylvania.

07/12/2017

Original Jurisdiction, Original Jurisdiction

Dismissed

DELEON, R.

v.

UCBR

1913 CD 2016

Commonwealth Court of Pennsylvania.

07/12/2017

Unemployment Compensation Board of Review, B–593450

Affirmed